```
                             UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF FLORIDA

                             CASE NO. 14-CV-61732-GAYLES
                             MAGISTRATE P.A. WHITE
```

JOHNNIE L. SCOTT,                :

      Plaintiff,              :

v.                               :         REPORT OF
                                            MAGISTRATE JUDGE
JUDGE McCARTHY, et al.,          :           (DE# 9)

      Defendants.             :
_____
_____


    The plaintiff, Johnnie L. Scott, while confined at Broward County Jail, filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983. (DE#1).

    He previously filed a motion to proceed in forma pauperis (DE#4), which was granted by court order without requiring that plaintiff prepay the filing fee, but establishing a $350.00 debt. (DE#6).

    The plaintiff named the following defendants: Judge Barbara McCarthy, Broward County State Attorney's Office, and The Florida Bar. (DE#1, p. 2).

    The plaintiff alleged that pursuant to a plan authored by Judge McCarthy, he was illegally prosecuted for gun-related crimes in order to pressure him to testify in a murder case that did not involve him or his family. Subsequently, the Broward County State Attorney's Office intentionally ignored complaints of abuse he filed on behalf of his children, who have been bullied and

assaulted at school due to his legal problems. The plaintiff did not mention the Florida Bar in his statement of facts. The plaintiff requested damages and mentions injunctive relief. (DE# 1, p. 3).

The Undersigned issued a report recommending that the Complaint be dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(b)(ii), for failure to state a claim upon which relief can be granted and that the case be closed. (DE# 7). The District Court issued an order adopting the report and closing the case. (DE# 10).

The plaintiff next filed a writ of habeas corpus, with exhibits on September 11, 2014. (DE#9). The District Court issued an endorsed order referring the motion to the Undersigned. (DE# 11).

This case is a civil rights case filed pursuant to 42 U.S.C. 1983, and if the plaintiff wishes to file a habeas corpus petition, he must file it separately, on the proper form and pay the proper filing fee.

It is therefore recommended that the petition for Writ of Habeas Corpus be denied without prejudice, thereby giving Scott the opportunity to properly file the motion.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report. Failure to file timely objections shall bar plaintiff from a *de novo* determination by the district judge of an issue covered in this report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district judge except upon

grounds of plain error or manifest injustice. See 28 U.S.C. §636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790,794 (1989); LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Signed this 21st day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Johnnie L. Scott, III, Pro Se
      DC # 571401855
      Broward County Jail-NBB
      North Broward Bureau
      Inmate Mail/Parcels
      Post Office Box 407037
      Ft. Lauderdale, FL 33340