UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-61732-CIV-GAYLES/WHITE

JOHNNIE L. SCOTT,

      Plaintiff,
vs.

JUDGE BARBARA
MCCARTHY, et al.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Magistrate Judge Patrick A. White's Report ("Report") [ECF No. 12], entered on October 21, 2014. Plaintiff, Johnnie L. Scott ("Scott"), while confined at the Broward County Jail, filed a *pro se* civil rights complaint ("Complaint") [ECF No. 1] pursuant to 42 U.S.C. section 1983 ("section 1983"). The Court dismissed the Complaint for failure to state a claim and closed the case. On September 11, 2014, Scott filed a motion for writ of habeas corpus [ECF No. 9]. The Court referred the motion to Magistrate Judge White for a report and recommendation. The Court has carefully reviewed the Report, the record, and applicable law.

In the Report, Magistrate Judge White recommended that Scott's motion for writ of habeas corpus be dismissed without prejudice because this case is a civil rights case filed pursuant to 42 U.S.C. §1983. Magistrate Judge White indicated that Scott must file his habeas corpus petition as a separate case, on the proper form and with the proper filing fee. Scott did not file timely objections to the Report.

The Court has reviewed the Report for clear error and is in full agreement with Judge

White's comprehensive analysis and recommendations. The Court therefore finds that the petition for writ of habeas corpus should be denied without prejudice.

For the reasons stated above, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 12]** is **AFFIRMED AND ADOPTED**, and the Petition for Writ of Habeas Corpus **[ECF No. 9]** is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of November, 2014.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Turnoff
      All Counsel of Record